Case 3:20-cr-00123-PDW *SEALED*   Document 20   Filed 07/16/20   Page 1 of 2

Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

RECEIVED
UNITED STATES MARSHALS

JUL 1 6 2020

DISTRICT OF NORTH DAKOTA

United States of America
v.
Abbot William Aho, a/k/a Boogie

Case No. 3:20-cr-123-01

Defendant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Abbot William Aho, a/k/a Boogie
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Interfere with Commerce by Threats and Violence (Count 1)
Interference with Commerce by Threats and Violence (Counts 2, 4)
Use of a Firearm During and in Relation to a Crime of Violence (Count 3, 5)
Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substance (Count 8)
Continuing Criminal Enterprise (Count 9)
Aiding and Abetting

Date: 07/16/2020

/s/ Pamela Bloomquist-Burman
*Issuing officer's signature*

City and state:   Fargo, ND

Pamela Bloomquist-Burman, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 7-16-20, and the person was arrested on *(date)* 8-26-20
at *(city and state)* MCF FAIRBAULT, MN.

Date: 8-27-20

*Arresting officer's signature*

Special Agent Nick Bradt
*Printed name and title*

AO 442 (Rev. 10/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                                                 Weight:

Sex:                                                                    Race:

Hair:                                                                   Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: