IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABBOT WILLIAM AHO, a/k/a BOOGIE,<br><br>Defendant. | Case No. 3:20-cr-00123-01<br><br>**UNITED STATES' SENTENCING MEMORANDUM** |

The United States of America, by Nicholas W. Chase, United States Attorney for the District of North Dakota, and Christopher C. Myers, Assistant United States Attorney, has no objections or corrections to the Presentence Investigation Report in this case.

Dated: April 6, 2022

                                              NICHOLAS W. CHASE
                                              United States Attorney

By:    */s/ Christopher C. Myers*
        CHRISTOPHER C. MYERS
        Assistant United States Attorney
        ND Bar ID 05317
        655 First Avenue North, Suite 250
        Fargo, ND  58102-4932
        (701) 297-7400
        chris.c.myers@usdoj.gov
        Attorney for United States